UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.  8:13-CR-268-T-17MAP

LISA MARIE BROWN.

_____/

ORDER

This cause is before the Court on:

Dkt. 141          Unopposed Motion to Terminate Supervised Release

Defendant Lisa Marie Brown requests that the Court terminate Defendant
Brown's supervised release pursuant to Fed. R. Crim. P. 32.1(c) and 18 U.S.C. Sec.
3583(e).

On May 15, 2014, Defendant Brown was sentenced to 37 months incarceration
followed by 36 months supervised release.  (Dkt. 114).  Defendant Brown was released
from BOP custody on August 28, 2015, and began Defendant Brown's term of
supervised release.

The Government does not object to the termination of Defendant Brown's term of
supervised release.  Defendant Brown's Probation Officer does not object to the
termination of Defendant Brown's term of supervised release.

After considering the factors in 18 U.S.C. Sec. 3553(a), the Court is satisfied that
early termination is warranted by Defendant Brown's conduct and is in the interest of
justice.  Accordingly, it is

Case No. 8:13-CR- 268-T-17MAP

**ORDERED** that Defendant Lisa Marie Brown's Motion for Early Termination of Supervised Release (Dkt. 141) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of July, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2